Argued September 18, affirmed in part, reversed and remanded in part
September 25, 1978

STATE OF OREGON, *Respondent,*
*v.*
DEAN SCOTT EIDE, *Appellant.*
(No. 18-216, CA 10964)

STATE OF OREGON, *Respondent,*
*v.*
DEAN SCOTT EIDE, *Appellant.*
(No. 18-149, CA 10965)
(Consolidated cases)
584 P2d 359

Gary L. Hooper, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Kathleen Dodds, Certified Law Student, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant was convicted of burglary in the first degree, and of assault in the second degree. In light of *State v. Bussey,* 34 Or App 535, 579 P2d 264 (1978), we reverse and remand for resentencing the judgment order as a result of the burglary conviction. The judgment order resulting from the assault conviction is affirmed.

Affirmed in part; reversed and remanded in part.